UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Andre Damasio Ferreira**

_____
**Petitioner**

**V.**

**CIVIL ACTION
NO. 25cv11627-WGY**

**Joseph D. McDonald et al**
_____
**Respondents**

## JUDGMENT

**YOUNG, D. J.**

In accordance with the Court's ELECTRONIC ORDER entered on July 9, 2025, JUDGMENT is hereby entered for the RESPONDENTS.

By the Court,

**July 9, 2025**                           /s/Kellyann Belmont
_____        _____
**Date**                                   **Deputy Clerk**